| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Glenn Tracy Scurlock** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–0815** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Shannon Scurlock** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–5233** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | Date case filed for chapter | **7** <br> **October 19, 2017** |
| Case number: | **17–33014** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Amended Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Glenn Tracy Scurlock | Shannon Scurlock |
| 2. | **All other names used in the last 8 years** | | aka Shannon Rena Scurlock |
| 3. | **Address** | 183 County Road 451 <br> Clanton, AL 35046 | 183 County Road 451 <br> Clanton, AL 35046 |
| 4. | **Debtor's attorney** <br> Name and address | David O. Gatch <br> David O. Gatch, Attorney at Law <br> PO Box 2044 <br> Clanton, AL 35046 | Contact phone 205–280–6939 <br><br> Email: davidgatch757@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Carly B Wilkins <br> Carly B. Wilkins, P.C <br> 560 South McDonough Street <br> Suite A <br> Montgomery, AL 36104 | Contact phone 334–269–0269 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Church Street<br>Montgomery, AL 36104 | Hours open 8:30 AM – 4:00 PM<br><br>Contact phone 334–954–3800<br><br>Date: October 20, 2017 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 17, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>**Valid photo identification required.**<br>**No cell phones or cameras will be allowed in the building.** | Location:<br><br>**Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** January 16, 2018 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                            Case No. 17-33014-WRS
Glenn Tracy Scurlock                                              Chapter 7
Shannon Scurlock
        Debtors                      CERTIFICATE OF NOTICE
District/off: 1127-2          User: loverton                Page 1 of 2                   Date Rcvd: Oct 20, 2017
                              Form ID: 309A                 Total Noticed: 51
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
```
db/jdb         +Glenn Tracy Scurlock,    Shannon Scurlock,    183 County Road 451,    Clanton, AL 35046-6117
3866469        +AeroCare Home Medical,    2233 E Main Street,    Montrose Co 81401-3831
3866472        +Baptist Medical Center Shelby Bham,    P.O. Box 11407,    Birmingham Alabama 35246-0100
3866474        +Brookwood Medical Center Bham,    Box 830913,    Birmingham, Alabama 35283-0913
3866475        +Brookwood Medical Shelby Bham,    P.O. Box 11407,    Birmingham Ala 35246-0100
3866480       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance,      25505 W 12 mile Road,    Southfield MI   48034)
3866481        +CVA Cardiovascular Associates,    3980 Colonnade Parkway,    Birmingham Alabama 35243-2382
3866476        +Capital One Salt Lake City Office,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
3866477        +Cardiovascular Assoc,    3980 Colonnade Pkway,    Birmingham Ala 35243-2382
3866479        +Chilton Urgent Care,    1210 7th Avenue S,    Clanton, Alabama 35045-3724
3866482        +Diversified Consultants Southgate,    P.O. Box 1391,    Southgate MI 48195-0391
3866483        +FBCS Ins,   330 S Warmister Road Ste 353,     Hatboro PA 19040-3433
3866485        +Fingerhut St Cloud Office,    6250 Ridge Wood Road,    Saint Cloud MN 56303-0820
3866486        +Gerber Life Insurance Company,    445 State Street,    Fermont Michigan 49412-1179
3866487        +Ginny's,   1112 7th Avenue,    Monroe   WI 53566-1364
3866490        +HCFS,   Plantation Billing Ctr,    P.O. Box 459077,    Sunrise Florida 33345-9077
3866491        +Healthcare Financial,    Plantation Billing Center,    P.O. Box 459077,
                 Sunrise Florida 33345-9077
3866493        +KingSize Comenity Bank,    117 Kinder Kanacle Road Ste 201,    Riveredge NJ 07661-1916
3866494        +Labcorp,   P.O. Box 2240,    Burlington, NC 27216-2240
3866495         Monarch Recovery Management Inc.,     P.O. Box 21089,    Philadelphia, PA   19114-0589
3866496        +National Enterprise System,    2479 Edison Blvd  Unit A 1,    Twinsburg, OH 44087-2476
3866497        +Premier Bankcard,    CO Rushmore Service Center,    P.O. Box 5508,    Sioux Falls SD 57117-5508
3866498        +Publishers Clearing House Harlan,    P.O. Box 6344,    Harlan IA 51593-1844
3866499        +Quest Diagnostics Cincinnati,    P.O. Box 740777,    Cincinnati Ohio 45274-0777
3866501        +Rushmore Service Center,    P.O. Box 5508,    Sioux Falls SD 57117-5508
3866502        +Shopnow,   P.O. Box 2852,    Monroe WI 53566-8052
3866503        +St Vincents Chilton Phoenix,    P.O. Box 42008,    Phoenix AZ 85080-2008
3866506        +Twenty First (21st) Mortgage,    620 Market Square,    Knoxville Tennessee 37902-2207
3866507        +UAHSF,   Department 2050,    P.O. Box 2153,    Birmingham, Ala 35287-0002
3866508        +United Consumer Financial Svcs Co,    P.o. box 856290,    Louisville, Kentucky 40285-6290
3866510         Vulcan Imaging Assoc,    P.O. Box 678746,    Dallas Texas    75267-8746
3866513        +Wells Fargo Dealer Services Denver,    P.O. Box 17900,    Denver Colorado 80217-0900
3866514        +Wisconsin Cheeseman,    P.O. Box 1,    Madison WI 53782-0001
3866516        +World Acceptance Corporation Greenville,    108 Frederick St,    Greenville SC 29607-2532
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: davidgatch757@gmail.com Oct 20 2017 21:00:30      David O. Gatch,
                 David O. Gatch, Attorney at Law,    PO Box 2044,    Clanton, AL   35046
tr             +EDI: QCBWILKINS.COM Oct 20 2017 20:58:00      Carly B Wilkins,    Carly B. Wilkins, P.C,
                 560 South McDonough Street,    Suite A,    Montgomery, AL 36104-4605
3866470        +EDI: RMCB.COM Oct 20 2017 20:58:00      American Medical Collection Agency elmsf,
                 4 Westchester Plaza  Blding 4,    Elmsford NY 10523-1615
3866471        +E-mail/Text: AEPPcreditdept@amerimark.com Oct 20 2017 21:01:09      Amerimark,    P.O. Box 2845,
                 Monroe WI 53566-8045
3866473        +EDI: BASSASSOC.COM Oct 20 2017 20:58:00      Bass & Associates,
                 3936 E Fort Lowell Road Ste 200,    Tucson Az 85712-1083
3866478        +EDI: RMSC.COM Oct 20 2017 20:58:00      Care Credit Synchrony Bank,    P.O. Box 960061,
                 Orlando Florida 32896-0061
3866484        +EDI: BLUESTEM Oct 20 2017 20:58:00      Fingerhut,    C/O Bluestem Brands,    6509 Flying Cloud,
                 Eden Prairie Minnesota 55344-3307
3866488        +EDI: LEADINGEDGE.COM Oct 20 2017 20:58:00      Global Credit Collection Corp,
                 5440 N Cumberland Avenue Ste 300,    Chicago Illinois 60656-1486
3866489        +E-mail/Text: dleabankruptcy@hrblock.com Oct 20 2017 21:00:34      H&R Block,    P.O. Box 677463,
                 Dallas Texas 75267-7463
3866492        +E-mail/Text: msullivan@heartsouthpc.com Oct 20 2017 21:00:34
                 Heartsouth Cardiovascular Group,    1022 North 1st Street STE 500,
                 Alabaster, Alabama 35007-8740
3866500        +EDI: WFNNB.COM Oct 20 2017 20:58:00      Roaman's,    P.O. Box 659728,
                 San Antonio Tx 78265-9728
3866504        +EDI: RMSC.COM Oct 20 2017 20:58:00      SYNCB Belk,    P.O. Box 965028,    Orlando, FL 32896-5028
3866505        +EDI: RMSC.COM Oct 20 2017 20:58:00      Synchrony Bank,    P.O. Box 965024,
                 Orlando Florida 32896-5024
3866509         EDI: VERIZONWIRE.COM Oct 20 2017 20:58:00      Verizon Wireless SouthEast,    P.O. Box 26055,
                 Minneapolis MN   55426-0055
3866511        +EDI: RMSC.COM Oct 20 2017 20:58:00      Wal-Mart Mastercard Synchrony Bank,    P.O. Box 960024,
                 Orlando Florida 32896-0024
3866512        +EDI: WFFC.COM Oct 20 2017 20:58:00      Wells Fargo Dealer Services,    National Recovery Center,
                 P.O. Box 25341,    Santa Ana CA 92799-5341
3866515        +EDI: WABK.COM Oct 20 2017 20:58:00      World Acceptance Corporation,    1447 7th Street South,
                 Clanton, Alabama 35045-3746
                                                                                              TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Carly B Wilkins    cwilkins@cbwlegal.com, kesco@cbwlegal.com;cwilkins@ecf.epiqsystems.com
              David O. Gatch    on behalf of Joint Debtor Shannon  Scurlock davidgatch757@gmail.com
              David O. Gatch    on behalf of Debtor Glenn Tracy Scurlock davidgatch757@gmail.com
                                                                                               TOTAL: 4